Ardell FIELDS–BEY, Appellant,

v.

Chuck DWYER; Pat Smith; Stephen D. Crawford, Dr.; Travis Cruse; Tom Sanders; John Moore; Charles M. Lawson; David Burnhouse; Kim Klein; John Applebury; Gayle Roberts, Appellees.

No. 05–2648.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2006.

Filed: Jan. 9, 2007.

Ardell Fields–Bey, Mineral Point, MO, pro se.

James R. Mcadams, Attorney General's Office, Jefferson City, MO, Deborah Bell Yates, Attorney General's Office, Adrian Philipp Sulser, Martin J. Buckley, David S. Davis, Buckley & Buckley, St. Louis, MO, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ardell Fields–Bey, confined to the Potosi Correctional Center (PCC) in Missouri, appeals the district court's[1] orders dismissing some defendants based on Eleventh Amendment immunity and granting summary judgment to the remaining de-

---

[1]. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

fendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. After a de novo review, see *Thomas v. FAG Bearings Corp.*, 50 F.3d 502, 504 (8th Cir.1995) (standard of review for dismissal based on Eleventh Amendment immunity); *Beck v. Skon*, 253 F.3d 330, 332–33 (8th Cir.2001) (summary judgment), we conclude the dismissal and the grant of summary judgment were proper for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

